UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VELOCITY EXPRESS CORPORATION, et. al.,

    Plaintiffs,

    v.

PAUL CALABRO,

    Defendant.
_____/

NO. 2:07- cv-2403 FCD/GGH

**ORDER RE: SETTLEMENT AND DISPOSITION**

      Pursuant to the representation of the defendant in the Status Report filed on September 15, 2008, the court has determined that this case has settled.

      In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before October 6, 2008. All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

      **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

      **IT IS SO ORDERED**.

Dated: September 16, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE